# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

———————————————

**No. 201600206**

———————————————

**UNITED STATES OF AMERICA**
Appellee

v.

**ROBERT J. BEEBE**
Lance Corporal (E-3), U.S. Marine Corps
Appellant

———————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Colonel Peter S. Rubin, USMC.
For Appellant: Lieutenant Commander Derek C. Hampton, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

———————————————

Decided 15 September 2016

———————————————

Before CAMPBELL, RUGH and HUTCHISON, *Appellate Military Judges*

———————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court